USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/8/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

ERIKA NOEMY ALCANTARA DE ERAZO
ET AL,

                             **Petitioner,**

             **-against-**

TRUMP ET AL,

                       **Respondents.**

------------------------------------------------------- x

          **1:25-cv-10098-ALC**

          **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS a telephone status conference in this action on **December 17, 2025 at 12:00 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

The Government is ORDERED to make Petitioners available by telephone for purpose of participating in a telephonic conference with the Court and Respondents.

**SO ORDERED.**

**Dated:  December 8, 2025**

      **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**