USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/12/25_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

ERIKA NOEMY ALCANTARA DE ERAZO ET AL,

                  Petitioner,

        -against-

TRUMP ET AL,

                  Respondents.

------------------------------------------------------------ x

1:25-cv-10098-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On December 8, 2025, this Court issued a order to show cause as to why the Petition for Writ of Habeas Corpus should not be granted. ECF No. 8. In that order, the Court set a hearing regarding the order to show cause for **December 17, 2025 at 12:00pm**. This order is to clarify that said hearing will occur via telephone. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: December 12, 2025**

      New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**