USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/17/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

ERIKA NOEMY ALCANTARA DE ERAZO ET AL,

              Petitioner,

    -against-

TRUMP ET AL,

              Respondents.

--------------------------------------------------------- x

1:25-cv-10098-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    As discussed in today's telephonic conference, the Court ORDERS a telephone status conference in this action on **January 7, 2026 at 4:30 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

Dated:  December 17, 2025

      New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**