```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/5/26
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- x

**ERIKA NOEMY ALCANTARA DE ERAZO ET AL,**

                      **Petitioner,**

        -against-               **1:25-cv-10098-ALC**

**TRUMP ET AL,**            **ORDER**

                      **Respondents.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The previously scheduled telephonic status conference on **January 7, 2026** at 4:30pm is being moved up to **1:45pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated: January 5, 2026**

    New York, New York               **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**