```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/7/26___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**ERIKA NOEMY ALCANTARA DE ERAZO ET AL,**

                                  **Petitioner,**

                               -against-

**TRUMP ET AL,**

                                **Respondents.**

------------------------------------------------------------ x

**1:25-cv-10098-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    As discussed in today's telephonic conference, the Court orders a telephone status conference in this action on **January 16, 2026 at 12:00 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

    In advance of the telephonic conference, the parties may submit additional letter briefing not to exceed three pages addressing the impact of *Diallo v. Joyce*, No. 25-CV-9909 (AS), 2025 WL 3718477, at *1 (S.D.N.Y. Dec. 23, 2025) on this case. Any such briefing is due by **January 12, 2026.**

**SO ORDERED.**

**Dated:  January 7, 2026**

      New York, New York

                                                               **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**