UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

ERIKA NOEMY ALCANTARA DE ERAZO ET AL,

          Petitioner,

-against-

TRUMP ET AL,

          Respondents.

-----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/16/26

1:25-cv-10098-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    As discussed in today's telephonic conference, the Court ORDERS a telephone status conference in this action on **January 23, 2026 at 12:00 pm.** The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

Dated: January 16, 2026
       New York, New York

                                              */s/ Andrew L. Carter, Jr.*
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**