USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

ERIKA NOEMY ALCANTARA DE ERAZO ET AL,

           Petitioner,

    -against-

TRUMP ET AL,

           Respondents.

------------------------------------------------------- x

1:25-cv-10098-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic conference previously scheduled for January 23, 2026 is hereby **ADJOURNED** to **January 30, 2026 at 4:30 pm.** The Parties should contact the Court at 1-855-244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

Dated: January 22, 2026
      New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**