USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/30/26_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

ERIKA NOEMY ALCANTARA DE ERAZO
ET AL,

                                Petitioner,

                  -against-

TRUMP ET AL,

                                Respondents.

-------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:

1:25-cv-10098-ALC

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court entered an order denying the petition for writ of habeas corpus in this case on

January 30, 2026. *See* ECF No. 36. As such, the Clerk of Court is respectfully directed to

terminate this case.

**SO ORDERED.**

**Dated: January 30, 2026**

                New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**