**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ERIKA NOEMY ALCANTARA DE ERAZO
ET AL,

                                  Petitioners,            25 **CIVIL** 10098 (ALC)

          -against-                                       **JUDGMENT**

TRUMP ET AL,

                                  Respondents.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 30, 2026, the petition for writ of habeas corpus is

DENIED; accordingly, the case is closed.

**DATED:**  New York, New York
               February 3, 2026


                                             **TAMMI M. HELLWIG**
                                             _____
                                                    **Clerk of Court**


                              **BY:**
                                             _____
                                                    **Deputy Clerk**